# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **TEJAS RESEARCH, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**VIVID ENTERTAINMENT, LLC,** *et al.***,**<br><br>                    Defendants. | Civil Action No. **6:12-cv-00296**<br>**(Lead Case)**<br>`6:12cv302`<br>**CONSOLIDATED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Tejas Research, LLC, and defendant LFP Internet Group, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Tejas Research, LLC, and defendant, LFP Internet Group, LLC are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "Settlement and License Agreement" and dated December 13, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

    So ORDERED and SIGNED this 9th day of January, 2013.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**